AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> H 17-1258M | Date and time warrant executed: <br> 08/02/2017 @ 9:36 AM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> One cell phone extraction <br><br><br> United States Courts <br> Southern District of Texas <br> FILED <br><br> AUG -2 2017 <br><br> David J. Bradley, Clerk of Court | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/02/2017

Executing officer's signature

Robert Haberkamp III, Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A Google Pixel wireless phone,<br>Serial number HT6AN0201057 | )<br>)<br>) Case No. **H 17-1258M**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Texas___
*(identify the person or describe the property to be searched and give its location)*:

A Google Pixel wireless phone, serial number HT6AN0201057, as described in Attachment A, incorporated by reference as if fully described herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of violations of federal law, including 18 U.S.C. Sections 545 and 2320, and 21 U.S.C. 331 - as described in Attachment B, incorporated by reference as if fully described herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 14, 2017___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Dena H. Palermo___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___July 31, 2017 at 2:06 pm___     ___Dena Palermo___
                                                        *Judge's signature*

City and state: ___Houston, Texas___     ___Dena H. Palermo, United States Magistrate Judge___
                                         *Printed name and title*